KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
GREGORY J. ALDISERT (SBN 115334)
  galdisert@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850
Attorneys for Defendants Sanctuary
Records Group, Ltd.

MANATT, PHELPS & PHILLIPS, LLP
Barry E. Mallen, Esq. (SBN 120005)
11355 West Olympic Boulevard
Tel: (310) 312-4000 • Fax: (310) 312-4224
E-mail: bmallen@manatt.com
Attorneys for Defendants Brian Wilson, Jean
Sievers, The Lippin Group, Inc. and Soop LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BROTHER RECORDS, INC., a California corporation, by and through MIKE LOVE, a shareholder,<br><br>    Plaintiff,<br><br>vs.<br><br>BRIAN WILSON, an individual; SANCTUARY RECORDS GROUP, LTD., a United Kingdom corporation; JEAN SIEVERS, an individual; THE LIPPIN GROUP, INC., a California corporation; SOOP LLC. a California Limited Liability Company; DAVID LEAF, an individual; and DOES 1 through 10,<br><br>    Defendant. | CASE NO. CV 06-6148 ABC (PJWx)<br><br>**JUDGMENT**<br><br>Complaint Filed: September 26, 2006<br>Judge: Hon. Audrey B. Collins |

76998./38525.1

CV 06-6148 ABC (PJWx)

1  The motion by defendants Brian Wilson, Jean Sievers, The Lippin Group,
2  Inc., and Soop LLC (collectively the "Wilson Defendants") and the motion by
3  defendant Sanctuary Records Group, Ltd. ("Sanctuary") to recover their attorneys'
4  fees from plaintiff Mike Love ("Love") were considered by the Court on the moving
5  and opposing papers.

6  After considering the moving and opposing papers, the Court finds that the
7  Wilson Defendants and Sanctuary are entitled to recover their attorneys' fees
8  incurred in defending themselves against Love's claims in this action.

9  THEREFORE, IT IS NOW HEREBY ORDERED that judgment is entered
10 against Love, and Love is ordered to pay $95,353 to the Wilson Defendants by June
11 12, 2008; thereafter the Wilson Defendants are entitled to post-judgment interest on
12 the amount. Love is also ordered to pay $26,320 to Sanctuary by June 12, 2008;
13 thereafter Sanctuary is entitled to p

*/Audrey B. Collins/*

DATED: May 27, 2008

Honorable Audrey B. Collins
U.S. District Judge

Respectfully Submitted by:

/Barry E. Mallen/
_____
Barry E. Mallen, Esq.
MANATT, PHELPS & PHILLIPS, LLP
Attorneys for Defendants Brian Wilson, Jean Sievers
The Lippin Group, Inc., and Soop LLC


/Gregory S. Gabriel/
_____
Gregory S. Gabriel, Esq.
KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
Attorneys for Defendant Sanctuary Records Group, Ltd.

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850